# NO. 12-15-00085-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THE STATE OF TEXAS* | § | *APPEAL FROM THE* |
| *FOR THE BEST INTEREST* | § | *COUNTY COURT AT LAW* |
| *AND PROTECTION OF D. T.* | § | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion is signed by Appellant's counsel and is accompanied by documentation showing that Appellant does not desire to pursue the appeal. The motion is in compliance with Texas Rule of Appellate Procedure 42.2(a)(1). Accordingly, we ***grant*** Appellant's motion to dismiss, and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.2(a)(1).

Opinion delivered May 13, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 13, 2015**

**NO. 12-15-00085-CV**

**THE STATE OF TEXAS FOR THE BEST
INTEREST AND PROTECTION OF D. T.**

Appeal from the County Court at Law

of Cherokee County, Texas (Tr.Ct.No. 41,258)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*